# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00442-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Curtis Anthony Muniz, Appellee**

### FROM THE COUNTY COURT OF LEE COUNTY
### NO. 2760, HONORABLE EVAN GONZALES, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The Texas Department of Public Safety has filed a motion to dismiss this appeal of the county court's reversal of the suspension of appellee's driver license. Because appellee was found not guilty of driving while intoxicated, the Department cannot suspend appellee's license and must rescind any previous suspension. *See* Tex. Transp. Code Ann. § 524.015(b) (West 1999).

We dismiss this appeal.

David Puryear, Justice

Before Justices Kidd, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: December 18, 2003